OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**6/26/2015**

**BUSH, CASEY**          Tr. Ct. No. W06-66993-J (A)          **WR-83,508-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

Dischore

CASEY BUSH
HUNTSVILLE UNIT - TDC # 1970223
845 12TH STREET.
HUNTSVILLE, TX 77342